FILED

04/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0654

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0654

_____

INGRID BARDEEN HENSCHEL, STEPHEN
BORGHI and LISABETH BEATTY,

      Plaintiffs and Appellees,

  v.

MUSSELSHELL COUNTY; MERIEL BECK,           O R D E R
Musselshell County Weed Coordinator;
MUSSELSHELL COUNTY WEED DISTRICT;
GOLDEN VALLEY COUNTY; MERIEL BECK,
Golden Valley County Weed Coordinator; and
GOLDEN VALLEY COUNTY WEED DISTRICT,

      Defendants and Appellants.

_____

Upon consideration of Appellants' motion for extension of time to file the reply brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellants shall have up to and including May 13, 2022, within which to file and serve the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 7 2022